**Ben MOORE, Respondent,**

v.

**Alfred PAGE, Defendant.**

**No. 52521.**

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 17, 1987.

Alfred Page, pro se.

Henry Thomas, St. Louis, for respondent.

### ORDER

PER CURIAM

Appellant appeals from trial court's judgment of $1,500 in favor of respondent in action for replevin. We affirm. An extended opinion would serve no jurisprudential purpose. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).